FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ FEB 15 2011 ★

LONG ISLAND OFFICE

David I. Robinson, Esq.
Law Office of Andrea G. Sawyers
3 Huntington Quadrangle
P.O.Box 9028
Melville, NY 11747
631-501-3100
631-501-3085 (fax)
DIROBINS@travelers.com
(DR9047)

CV 11 0744

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In the Matter of the Complaint

OF

MICHAEL SHEEHAN, as owner of a 25 foot 2008
Baha Cruiser for Exoneration from or Limitation of Liability,

-----------------------------------------------------------------X

Docket No. CV-11-____
J.

**OWNER'S** *AFFIDAVIT*
*and DECLARATION OF VALUE*

IRIZARRY, J.

REYES, JR, M.

STATE OF NEW YORK

COUNTY OF

Brian Slavin, hereby attests to the following under penalties of perjury:

1.      I am employed as a total loss claims adjuster by The Travelers Insurance

Company with my office located at 300 Windsor Street, Hartford, Connecticut.

2.      Following the incident in question, on behalf of Travelers, I agreed to sell the

salvaged 25 foot Baha Cruiser to Sea Tow Lower New York for the sum of $500. The vessel

remains in Travelers' possession at this time, and the sale will not be effected until all parties

have had the opportunity to inspect the remains of the vessel.

BRIAN SLAVIN

Sworn to before me this
14 day of February, 2011

Notary Public
MY COMMISSION EXPIRES MAY 31, 2012